IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:11CR3099-RGK-CRZ |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION** |
| vs. ) | |
| ) | |
| JOAQUIN D. CERVANTES, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the United States for an Order requiring the Defendant to provide exemplars of his DNA (Filing No.17),

IT IS ORDERED:

The Defendant shall provide exemplars of his DNA, via swabs taken from the Defendant's mouth, to agents of the Central Nebraska Drug and Safe Streets Task Force, other law enforcement working with them, or any technician trained in obtaining DNA exemplars.

Dated this 11th day of October, 2011.

BY THE COURT:

*[signature]*
United States Magistrate Judge