IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3099 |
| | ) | |
| V. | ) | |
| | ) | |
| JOAQUIN D. CERVANTES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to extend (filing no. 56) is granted.

(2) On or before January 22, 2016, the plaintiff shall file an answer and supporting brief to defendant's § 2255 motion.

(3) On or before February 19, 2016, the defendant shall file a reply brief.

(4) A copy of this order shall be mailed to the defendant.

DATED this 8th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge